THE STATE, DEFENDANT IN ERROR, v. WILLIAM H. SKILL-
MAN, PLAINTIFF IN ERROR.

Argued November 18, 1908—Decided April 22, 1909.

On error to the Supreme Court, whose opinion is reported
in 47 *Vroom* 464.

For the plaintiff in error, *Clark & Case.*

For the defendant in error, *John F. Reger,* prosecutor of
the pleas, and *Nelson Y. Dungan.*

PER CURIAM.

The court being equally divided in opinion, the judgment
under review must be affirmed.

*For affirmance*—THE CHANCELLOR, SWAYZE, REED, TREN-
CHARD, GRAY, DILL, J.J.   6.

*For reversal*—GARRISON, PARKER, VOORHEES, BOGERT, VRE-
DENBURGH, VROOM, J.J.   6.